# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Krause, Cheryl A. | United States Court of Appeals for the Third Circuit | 7/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Court of Appeals Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | University of Pennsylvania Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/31/2012 | Dechert LLP Partnership Agreement - Final distribution of 2014 Dechert LLP income made in 2015; final withheld capital disbursed in May 2019 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Krause, Cheryl A.** | 7/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Oct. 2019 | American Inns of Court Warren E. Berger Prize | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed consultant - Global Military Expert Consulting and Instruction LLC ("GMECI LLC"), d/b/a Spotlight Labs |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Inns of Court | 10/26/2019 | Washington, DC | National Conversation on Civility and Celebration of Execellence | Transportation, meals, hotel |
| 2. | American Academy of Appellate Lawyers | 4/12/2019 | Philadelphia, PA | Spring Meeting Presentation | Parking |
| 3. | Seton Hall Law School | 4/3/2019 | Newark, NJ | Moot Court | Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Mortgage on Rental Property #1, Philadelphia, PA (Part VII, line 4) | M |
| 2. Ditech | Mortgage on Rental Property #2, Absecon, NJ (Part VII, line 5) | M |
| 3. Wells Fargo | Mortgage on Rental Property #3, Ventnor City, NJ (Part VII, line 6) | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Krause, Cheryl A.** | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | USAA Accounts | A | Interest | L | T | | | | | |
| 2. | Wells Fargo Money Market Accounts | A | Interest | N | T | | | | | |
| 3. | Dechert LLP Salary Savings Plan (Russell 2035 Target Date Fund) | | None | | | Merged (with line 2) | 02/19/19 | M | | |
| 4. | Rental Property #1, Philadelphia PA (2002, $85,000) | A | Rent | L | R | | | | | |
| 5. | Rental Property #2, Absecon, NJ (2003, $184,500) | D | Rent | M | R | | | | | |
| 6. | Rental Property #3, Ventor, NJ (2007, $240,000) | D | Rent | M | R | | | | | |
| 7. | Bank of America Account | A | None | J | T | | | | | |
| 8. | Fidelity Money Market Account | A | Interest | L | T | | | | | |
| 9. | Russell 2035 Target Date Fund (f/k/a Russell Global Balance Fund) | | None | | | Merged (with line 2) | 02/19/19 | N | | |
| 10. | Airspace Systems, Inc. a/k/a Defense Labs, Inc. | | None | L | W | | | | | |
| 11. | AMARIN CORP | | None | L | T | Buy | 01/17/19 | K | | |
| 12. | | | | | | Buy (add'l) | 02/14/19 | K | | |
| 13. | | | | | | Buy (add'l) | 03/01/19 | K | | |
| 14. | APPLE INC | B | Dividend | | | Sold (part) | 04/11/19 | J | D | |
| 15. | | | | | | Sold (part) | 05/01/19 | J | D | |
| 16. | | | | | | Sold (part) | 09/04/19 | K | E | |
| 17. | | | | | | Sold (part) | 09/04/19 | L | D | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 09/13/19 | K | E | |
| 19. APPLIED MATERIALS | A | Dividend | | | Buy<br>(add'l) | 08/07/19 | K | | |
| 20. | | | | | Sold<br>(part) | 07/01/19 | K | B | |
| 21. | | | | | Sold<br>(part) | 07/01/19 | K | B | |
| 22. | | | | | Sold<br>(part) | 07/24/19 | L | D | |
| 23. | | | | | Sold | 10/24/19 | L | D | |
| 24. ARENA PHARMACEUTICALS | | None | M | T | Sold<br>(part) | 02/22/19 | K | D | |
| 25. | | | | | Sold<br>(part) | 03/01/19 | J | A | |
| 26. | | | | | Sold<br>(part) | 07/05/19 | K | D | |
| 27. BANCO SANTANDER | A | Dividend | | | Sold | 05/15/19 | J | A | |
| 28. BAUSCH HEALTH | | None | K | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 29. | | | | | Sold<br>(part) | 11/12/19 | K | A | |
| 30. | | | | | Sold<br>(part) | 11/15/19 | J | A | |
| 31. | | | | | Sold<br>(part) | 11/15/19 | K | A | |
| 32. | | | | | Sold<br>(part) | 11/18/19 | K | A | |
| 33. BUCKEYE PARTNERS | | None | | | Buy | 02/08/19 | K | | |
| 34. | | | | | Buy<br>(add'l) | 02/08/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold<br>(part) | 05/10/19 | K | D | |
| 36. | | | | | | Sold | 05/10/19 | K | D | |
| 37. | ENBRIDGE INC | B | Dividend | | | Sold<br>(part) | 05/15/19 | J | A | |
| 38. | | | | | | Sold | 07/10/19 | L | D | |
| 39. | ENERGOUS CORP | | None | J | T | Buy | 02/11/19 | J | | |
| 40. | | | | | | Buy<br>(add'l) | 02/11/19 | J | | |
| 41. | | | | | | Buy<br>(add'l) | 02/11/19 | J | | |
| 42. | | | | | | Sold<br>(part) | 02/20/19 | J | C | |
| 43. | | | | | | Sold<br>(part) | 02/20/19 | J | C | |
| 44. | | | | | | Sold<br>(part) | 02/20/19 | J | C | |
| 45. | | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 46. | ENERGY SECTOR SPDR ETF | | None | | | Buy | 08/06/19 | L | | |
| 47. | | | | | | Buy<br>(add'l) | 08/06/19 | L | | |
| 48. | | | | | | Sold<br>(part) | 11/07/19 | L | C | |
| 49. | | | | | | Sold | 11/07/19 | L | B | |
| 50. | ENERGY TRANSFER | A | Dividend | L | T | Buy | 05/15/19 | K | | |
| 51. | FEDERATED Prime Cash | A | Dividend | M | T | Buy | 03/01/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 55. | | | | | Sold<br>(part) | 05/23/19 | M | A | |
| 56. | | | | | Sold | 06/03/19 | K | A | |
| 57. | | | | | Buy | 11/25/19 | M | | |
| 58. FIREEYE INC | | None | K | T | Sold<br>(part) | 02/11/19 | K | B | |
| 59. | | | | | Sold<br>(part) | 02/15/19 | J | A | |
| 60. FIRST EAGLE GLOBAL A | B | Dividend | K | T | Buy<br>(add'l) | 11/06/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 64. | | | | | Sold<br>(part) | 09/05/19 | K | A | |
| 65. FITBIT INC | | None | | | Sold<br>(part) | 09/05/19 | J | A | |
| 66. | | | | | Sold<br>(part) | 11/01/19 | J | A | |
| 67. | | | | | Sold<br>(part) | 11/01/19 | J | A | |
| 68. | | | | | Sold<br>(part) | 11/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | Sold (part) | 11/06/19 | J | A | |
| 70. | | | | | | Sold | 11/06/19 | J | A | |
| 71. | GENERAL MILLS | A | Dividend | | | Sold (part) | 06/26/19 | K | A | |
| 72. | | | | | | Sold (part) | 06/26/19 | K | A | |
| 73. | | | | | | Sold | 06/26/19 | K | A | |
| 74. | GLAXOSMITHKLINE | | None | | | Sold | 02/05/19 | K | A | |
| 75. | GNC HOLDINGS | | None | J | T | Sold (part) | 05/15/19 | J | A | |
| 76. | HUNTSMAN CORP | | None | | | Sold (part) | 01/15/19 | K | A | |
| 77. | | | | | | Sold | 02/19/19 | K | C | |
| 78. | IMMUNOMEDICS INC | | None | K | T | | | | | |
| 79. | ISHARES EMRG MKT ETF | A | Dividend | | | Sold | 01/16/19 | K | B | |
| 80. | | | | | | Buy | 05/23/19 | K | | |
| 81. | | | | | | Sold | 12/19/19 | K | C | |
| 82. | INVESCO QQQ ETF | | None | | | Sold (part) | 01/15/19 | J | A | |
| 83. | | | | | | Sold (part) | 01/17/19 | K | A | |
| 84. | | | | | | Sold | 01/31/19 | K | A | |
| 85. | | | | | | Buy | 05/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 06/03/19 | L | | |
| 87. | | | | | Buy<br>(add'l) | 08/06/19 | L | | |
| 88. | | | | | Sold<br>(part) | 06/18/19 | K | C | |
| 89. | | | | | Sold<br>(part) | 06/20/19 | L | C | |
| 90. | | | | | Sold | 10/31/19 | L | D | |
| 91. John Hancock Fincl Opportunity | A | Dividend | N | T | Buy | 05/15/19 | L | | |
| 92. KRANESHARES CSI | A | Dividend | L | T | Buy | 06/10/19 | J | | |
| 93. | | | | | Sold<br>(part) | 10/21/19 | J | A | |
| 94. Lord Abbett Floating Rate | A | Dividend | M | T | Buy | 03/01/19 | L | | |
| 95. | | | | | Sold<br>(part) | 08/06/19 | J | A | |
| 96. | | | | | Sold | 08/07/19 | K | A | |
| 97. | | | | | Buy | 12/11/19 | L | | |
| 98. NEWELL BRANDS | A | Dividend | | | Buy | 02/15/19 | K | | |
| 99. | | | | | Buy<br>(add'l) | 03/01/19 | K | | |
| 100. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 101. | | | | | Sold<br>(part) | 10/23/19 | K | D | |
| 102. | | | | | Sold | 10/23/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  NJ BETTER EDL FRANKLIN TEMPLETON | | None | L | T | Buy (add'l) | 09/02/19 | K | | |
| 104.  PUTNAM DIV INCOME CL-Y | A | Dividend | | | Buy | 03/01/19 | L | | |
| 105. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 106. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 107. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 108. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 109. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 110. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 111. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 112. | | | | | Sold | 10/11/19 | M | B | |
| 113.  RAYONIER ADV MATRL | A | Dividend | | | Sold (part) | 08/08/19 | J | A | |
| 114. | | | | | Sold (part) | 08/08/19 | J | A | |
| 115. | | | | | Sold | 12/31/19 | J | A | |
| 116.  RETRACTABLE TECH | | None | | | Sold | 09/16/19 | J | A | |
| 117.  SPDR - Energy Select Sector | | None | | | Buy | 08/06/19 | L | | |
| 118. | | | | | Buy (add'l) | 08/06/19 | L | | |
| 119. | | | | | Sold (part) | 11/07/19 | L | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 11/07/19 | L | B | |
| 121. SPDR - S&P Biotech | | None | | | Buy | 05/23/19 | K | | |
| 122. | | | | | Sold | 11/25/19 | K | C | |
| 123. TSAKOS ENERGY | A | Dividend | | | Sold | 12/12/19 | J | A | |
| 124. US STEEL | A | Dividend | J | T | Sold (part) | 01/30/19 | J | A | |
| 125. | | | | | Sold (part) | 01/30/19 | J | A | |
| 126. | | | | | Sold (part) | 01/30/19 | K | A | |
| 127. | | | | | Sold (part) | 12/20/19 | J | A | |
| 128. | | | | | Sold (part) | 12/20/19 | J | A | |
| 129. VANECK VECTORS ETF | B | Dividend | | | Buy | 08/06/19 | K | | |
| 130. | | | | | Buy (add'l) | 08/06/19 | K | | |
| 131. | | | | | Buy (add'l) | 08/06/19 | K | | |
| 132. | | | | | Sold (part) | 12/30/19 | K | C | |
| 133. | | | | | Sold (part) | 12/30/19 | K | C | |
| 134. | | | | | Sold | 12/30/19 | K | C | |
| 135. VANGUARD S&P 500 Value | A | Dividend | M | T | Buy | 10/11/19 | K | | |
| 136. VANGUARD RUSSELL 1000 | A | Dividend | M | T | Buy | 10/11/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  WISDOMTREE EMG MRKT ETF | A | Dividend | | | Sold | 06/10/19 | J | A | |
| 138.  Cross Road Systems, Inc. | | None | J | T | | | | | |
| 139.  inc Networks LLC | | None | K | W | | | | | |
| 140.  MIT 4G LLC | | None | K | W | | | | | |
| 141.  Fidelity Zero Large Cap Index Fund | | None | | | Buy | 06/03/19 | M | | |
| 142. | | | | | Sold | 07/04/19 | N | E | |
| 143. | | | | | Buy | 08/26/19 | N | | |
| 144. | | | | | Sold | 09/13/19 | N | D | |
| 145.  Invesco QQQ TR | A | Dividend | M | T | Buy | 12/02/19 | M | | |
| 146.  Spydr S&P 500 ETF Trust | | None | L | T | Buy | 12/02/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-B:  The full name of this limited liability company, which also uses the acronym GMECI LLC, is Global Military Expert Consulting and Instruction LLC.

Part VII, Lines 3 and 9:  These retirement accounts, previously associated with my former employer, Dechert LLC, were rolled over into Wells Fargo retirement accounts in February 2019.

Part VII, Line 8:  This Fidelity Money Market Account was identified on last year's report as "Fidelity Account" and was a purely cash account in both 2018 and 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 7/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Krause**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544